Certificate Number: 02921-PAE-DE-030304324

Bankruptcy Case Number: 15-16527



02921-PAE-DE-030304324

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 13, 2017, at 5:15 o'clock PM EST, Anne Williams completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 14, 2017            By:    /s/Joan B Reading

                                     Name:  Joan B Reading

                                     Title: President