**United States Bankruptcy Court**

**Eastern District of Pennsylvania**

IN RE:  Case No. **15-16527**

**Williams, Anne E**  Chapter **13**

Debtor(s)

## ADDENDUM TO FIRST AMENDED CHAPTER 13 PLAN

**PAYMENT AND LENGTH OF PLAN**

**(a) Debtor was paying the Chapter 13 plan monthly for a total plan payment in the amount of $24,240.00. Debtor has since paid a lump sum so that her total plan payment is now $26,326.08 and requests that the Trustee pay the extra funds to the unsecured creditors so that debtor may receive an early discharge.**

   [X] Debtor will pay directly to the trustee
   [ ] A payroll deduction order will issue to the Debtor's employer:

(b) Total amount to be paid to Trustee shall be not less than **$26.325.08**

Dated: February 5, 2018

/s/ Michael P Kelly
Signature of Attorney

/s/ Anne E Williams
Signature of Debtor

Signature of Spouse (if applicable)